UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GERALDINE WHITE-MOYE, :   CIV. NO. 3:23-cv-01616
  Plaintiff,       :
             :
vs.            :
             :
ALETHIA MOORE, ET AL.,   :    DECEMBER 13, 2023
  Defendants.

## NOTICE OF REMOVAL

TO: The Judges of the United States District Court for the
   District of Connecticut

ALETHIA MOORE, JOSEPH ROBERTS III, OSCAR DIAZ, ALDO OJEDA, and JAKE

WRIGHT, defendants in the case styled Geraldine White-Moye v. Alethia Moore, et al., Docket No.

NNH-CV23-6138548-S, in the Superior Court of New Haven, Judicial District of New Haven,

Connecticut, respectfully files this Petition of Removal to the United States District Court for the

District of Connecticut.

   1.  The claims against the defendants were initiated by plaintiff's complaint that

was served in the manner provided by statute on or about November 17, 2023, and this petition is

brought within thirty days of that service.  This Petition of Removal is therefore timely.

   2.  Plaintiff's complaint alleges that the defendants deprived the plaintiff of the use of

enjoyment of her apartment and rendered her homeless due to her arrest, caused emotional and physical

harm, diminution of earning capacity and other harms and damages in violation of 42 USC § 1983.

1

**Karsten & Tallberg, LLC** • ATTORNEYS AT LAW
500 ENTERPRISE DRIVE, SUITE 4B • ROCKY HILL, CT 06067 • (860) 233-5600 • FAX: (860) 233-5800 • JURIS NO. 424030

3.     This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. §1331.

4.     All of the pleadings and orders served on the defendants in the State Court action are attached hereto.

WHEREFORE, the defendants respectfully request that the above action returnable to the Superior Court of the State of Connecticut, Judicial District of New Haven at New Haven be removed to this Court.

DEFENDANTS, ALETHIA MOORE, JOSEPH ROBERTS III, OSCAR DIAZ, ALDO OJEDA, JAKE WRIGHT

BY/ss/ James N. Tallberg
James N. Tallberg
Federal Bar No.: ct17849
Karsten & Tallberg, LLC
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067
T: (860)233-5600
F: (860)233-5800
jtallberg@kt-lawfirm.com

2

## **CERTIFICATION**

I hereby certify that on December 13, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

Alexander T. Taubes, Esq.
alextt@gmail.com

Joseph Merly, Esq.
JMerly@newhavenct.gov

/ss/ James N. Tallberg
James N. Tallberg

3